I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-9-13

DEPUTY CLERK

JS-6 Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY - 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKENZIE C. BRYANT,<br><br>   Petitioner,<br><br>vs.<br><br>R. DIAZ,<br><br>   Respondent. | Case No. CV 12-7518-JST (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5·03·2013

JOSEPHINE S. TUCKER
UNITED STATES DISTRICT JUDGE